UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MUJAAHIDA DUFFY,

   Plaintiff,

v.                                            Case No. 3:18cv2156-RV-HTC

FEDERAL BUREAU OF INVESTIGATION
And JAMES E. JEWELL,

   Defendants.

_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 15, 2019. (Doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The Parties' Joint Motion to Transfer (doc. 18) is **GRANTED**.

3. The clerk shall **TRANSFER** this case to the United States District Court for the Middle District of Alabama.

4. The clerk is directed to close the case.

**DONE AND ORDERED** this 15th day of August, 2019.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**